No. 80–5313. Green v. United States. C. A. 8th Cir. Certiorari denied.

No. 80–5314. Green v. Carlson, Director, Federal Bureau of Prisons, et al. C. A. D. C. Cir. Certiorari denied.

No. 80–5318. Vezzana v. United States. C. A. 2d Cir. Certiorari denied.

No. 80–5326. Graham v. United States. C. A. 3d Cir. Certiorari denied.

No. 80–5329. Kalsbeck v. United States. C. A. 6th Cir. Certiorari denied.

No. 80–5331. Tafero v. Wainwright, Secretary, Department of Offender Rehabilitation of Florida. C. A. 5th Cir. Certiorari denied.

No. 80–5332. Schmidt v. United States. C. A. 8th Cir. Certiorari denied.

No. 80–5334. Wertz et al. v. United States. C. A. 4th Cir. Certiorari denied.

No. 80–5347. Fleming v. Georgia. Sup. Ct. Ga. Certiorari denied.

No. 80–5415. In re Green. C. A. D. C. Cir. Certiorari denied.

No. 80–5416. Green v. Beaver, Warden, et al. C. A. 6th Cir. Certiorari denied.

No. 79–1457. International Brotherhood of Electrical Workers, AFL–CIO, Local 1969, et al. v. Bise et al. C. A. 9th Cir. Certiorari denied. Justice Brennan, Justice White, and Justice Marshall would grant certiorari.